JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYU HWA BACK,<br><br>          Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A., AS SUCCESSOR CO-TRUSTEE OF THE COHEN TRUST DATED AUGUST 14, 2003; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:21-cv-09796-RGK-ASx**<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION [23] |

///

///

///

[PROPOSED] ORDER

1       Based on the request from Plaintiff and for good cause shown:

2       IT IS HEREBY ORDERED that the entire action be dismissed without

3 prejudice with the Court to retain jurisdiction up until June 02, 2022 for

4 Plaintiff to dismiss the entire action with prejudice.

6       SO ORDERED.

8 DATED: 5/3/2022                _Gary Klausner_
                                                     United States District Court Judge

1

[PROPOSED] ORDER